IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES LEE WILLIAMS II, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-1280-C |
| | ) | |
| PAUL A. KASTNER, Warden, | ) | |
| | ) | |
| Respondent | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on September 18, 2014. The court file reflects that Petitioner has not objected to the Report and Recommendation despite being granted several extensions of time in which to do so. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation of the Magistrate Judge (Dkt. No. 47) is adopted and the petition for writ of habeas corpus is denied with respect to the claims involving Incident Report 2502346, and dismissed without prejudice to the claims involving Incident Report 2507669. A judgment will enter.

IT IS SO ORDERED this 30th day of January, 2015.

ROBIN J. CAUTHRON
United States District Judge